IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PAUL ABRETSKE and wife, VICTORIA　)
ABRETSKE,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiffs,　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　No. 3:04-0369
KEYSTONE BUILDERS RESOURCE　　)　　Judge Nixon
GROUP OF NASHVILLE, L.L.C., a　　　)　　Magistrate Judge Knowles
Tennessee Limited Liability Company,　)
and KEYSTONE BUILDERS RESOURCE　)
GROUP, INC., a Nevada Corporation,　　)
　　　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　　　)

## ORDER

Pending before the Court is Defendants' Motion to Compel Binding Arbitration and Stay

Litigation (Doc. Nos. 3, 4 and 5), to which Plaintiffs have responded (Doc. Nos. 7 and 8). The

Court referred this motion to Magistrate Judge Knowles for consideration. Magistrate Judge

Knowles issued a Report and Recommendation (Doc. No. 14). No objections to the Report and

Recommendation have been filed. Upon review of the record in this case, the Court finds the

Magistrate Judge's Report and Recommendation to be well-founded, and thus ADOPTS it in its

entirety. Accordingly, the Court hereby GRANTS Defendant's Motion to Compel Binding

Arbitration and Stay Litigation. Plaintiffs and Defendant Keystone Builders Resource Group of

Nashville, L.L.C. are hereby ORDERED to arbitrate their contractual disputes. Plaintiffs' action

against Keystone Builders Resource Group, Inc. is STAYED pending the arbitration.

　　　　It is so ORDERED.

　　　　Entered this the _____6_____ day of April, 2006.


　　　　　　　　　　　　　　　　　JOHN T. NIXON, SENIOR JUDGE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT